

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Mar 17 03:47:22 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 6 out of 7**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# NEW GIRL ORDER - NGO

| | |
|---|---|
| **Word Mark** | **NEW GIRL ORDER** - NGO |
| **Goods and Services** | IC 025. US 022 039. G & S: Apparel, namely, sweatpants, sweatshirts, t-shirts, dresses, leggings, jackets, tops, bottoms, hats. FIRST USE: 20140818. FIRST USE IN COMMERCE: 20150307 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86455506 |
| **Filing Date** | November 15, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 21, 2015 |
| **Registration Number** | 5018518 |
| **Registration Date** | August 9, 2016 |
| **Owner** | (REGISTRANT) SCOTT CARLI M AKA KALI INDIVIDUAL UNITED STATES 14 Silver Street, Bayonne, NJ 14 Silver Street, Bayonne, NJ BAYONNE NEW JERSEY 07002 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GIRL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

3/17/2021 Trademark Electronic Search System (TESS)
Case 1:21-cv-05889 Document 1-1 Filed 07/08/21 Page 2 of 2

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY