United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Mar 17 03:47:22 EDT 2021

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR  Jump  to record: ___  **Record 1 out of 7**

( Use the "Back" button of the Internet Browser to return to TESS)

# NEW GIRL ORDER

| | |
|---|---|
| **Word Mark** | NEW GIRL ORDER |
| **Goods and Services** | IC 025. US 022 039. G & S: Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms. FIRST USE: 20141212. USED IN ANOTHER FORM The mark was first used anywhere in a different form other than that sought to be registered at least as early as 11/15/2014. FIRST USE IN COMMERCE: 20160510 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88377508 |
| **Filing Date** | April 9, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 29, 2020 |
| **Registration Number** | 6219338 |
| **Registration Date** | December 15, 2020 |
| **Owner** | (REGISTRANT) SCOTT, CARLI M. DBA KALI INDIVIDUAL UNITED STATES PO BOX 3429 BAYONNE, NJ 07002 25 EAST 17TH ST BAYONNE NEW JERSEY 07002<br><br>(REGISTRANT) GARCIA. MARIXA DBA MAHDI INDIVIDUAL UNITED STATES 105 WATERVIEW CT. SWEDESBORO NEW JERSEY 08085 |

| | |
|---|---|
| | (REGISTRANT) FORDE, SHARON INDIVIDUAL UNITED STATES 89 CENTRAL AVE ORANGE NEW JERSEY 07050 |
| **Prior Registrations** | 5018518 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GIRL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.**HOME** | **SITE INDEX**| **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**