UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW GIRL ORDER LLC,

                Plaintiff,

    - against -

NEW GIRL ORDER LTD. ET AL.,

                Defendants.

21-cv-5889 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for November 2, 2021, at 3:30 pm is canceled.

SO ORDERED.

Dated:    New York, New York
          October 28, 2021

                                          John G. Koeltl
                                    United States District Judge