UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW GIRL ORDER LLC,

               Plaintiff,         21-cv-5889 (JGK)

  - against -                <u>ORDER</u>

NEW GIRL ORDER LTD. ET AL.,
               Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff should show cause in writing by **February 14, 2022** why this cause should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) because the summonses and complaint were not served within 90 days of filing the complaint.

SO ORDERED.
Dated:    New York, New York
         January 21, 2022

                                      John G. Koeltl
                             United States District Judge