UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW GIRL ORDER LLC,

                Plaintiff,          21-cv-5889 (JGK)

      - against -           ORDER

NEW GIRL ORDER LTD. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

The time to serve defendants ASOS PLC. and Mode Sense, Inc. was April 20, 2022. ECF No. 53. The time to serve those defendants is extended to **May 29, 2022**. If the plaintiff does not serve those defendants by that time, the complaint may be dismissed against those defendants for failure to serve.

SO ORDERED.

Dated:     New York, New York
          April 28, 2022

John G. Koeltl
United States District Judge