UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW GIRL ORDER LLC,

                    Plaintiff,

   - against -

NEW GIRL ORDER LTD., ET AL.,

                    Defendants.

21-cv-5889 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 10, 2022.

SO ORDERED.

Dated:    New York, New York
           May 24, 2022

                                John G. Koeltl
                          United States District Judge