UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW GIRL ORDER LLC,
               Plaintiff,            21-cv-5889 (JGK)

     - against -                   ORDER

NEW GIRL ORDER LTD. ET AL.,
               Defendants.

JOHN G. KOELTL, District Judge:

    On April 4, 2022, the plaintiff requested an extension of time in which to serve several defendants until April 20, 2022. The Court granted the request. Because the plaintiff did not serve defendants ASOS PLC. and Mode Sense, Inc. by that time, the Court sua sponte extended the time to serve those defendants until May 29, 2022. The Court noted that, if the plaintiff did not serve those defendants by that time, the complaint might be dismissed against those defendants for failure to serve. The plaintiff still has not served defendants ASOS PLC. and Mode Sense, Inc. Accordingly, the complaint is dismissed without prejudice against those defendants for failure to serve.

SO ORDERED.
Dated:   New York, New York
          June 6, 2022

                                              John G. Koeltl
                                    United States District Judge