UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

NEW GIRL ORDER LLC,

                      **Plaintiff,**                  21-CV-05889 (JGK)(SN)

       -against-                                 **ORDER**

NEW GIRL ORDER LTD., et al.,

                      **Defendants.**

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On Tuesday, November 8, 2022, the Honorable John G. Koeltl assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     November 10, 2022
               New York, New York