

**FALCON RAPPAPORT & BERKMAN** PLLC

December 1, 2022

The Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**VIA ECF**

Re:   New Girl Order LLC v. New Girl Order Ltd. et al.
      Civil Case No.: 1:21-cv-05889

Dear Judge Koeltl:

*[Handwritten note: The parties should report to the Court on the status of this matter by 2/20/23. So ordered. /s/ JGK 12/1/22 U.S.D.J.]*

    This firm represents the Plaintiff, New Girl Order LLC in the above-mentioned action. We write jointly with Defendants to request a stay of the deadlines set in the Civil Scheduling Order (Dk. 85) pending the outcome of a Settlement Conference with Magistrate Judge Netburn scheduled for February 13, 2023.

    The Civil Scheduling Order provides for the completion of all discovery is January 16, 2023, dispositive motions are to be completed by February 17, 2023, and the pre-trial order along with any motions in limine are required to be submitted by March 10, 2023. Given Magistrate Judge Netburn's busy calendar, the Settlement Conference was scheduled for one of the earliest available dates. There have been no previous extensions of the Civil Scheduling Order deadlines.

    The parties further request to schedule a conference with Your Honor on the earliest available date after the Settlement Conference is held on February 13, 2023, in the event that a settlement is not reached, to revise the Civil Scheduling Order to ensure the expedient litigation of this matter.

    Therefore, we respectfully request a stay of the deadlines set forth in the Civil Scheduling Order and the scheduling of a conference with Your Honor, on a date convenient to the Court after February 13, 2023.

    Thank you for your courtesies and attention to this matter.

Very truly yours,

**Falcon Rappaport & Berkman PLLC**

By: Jessica M. Moore, Esq.

265 SUNRISE HIGHWAY | SUITE 50
ROCKVILLE CENTRE, NEW YORK 11570
P: (516) 599-0888 F: (516) 599-0889