UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW GIRL ORDER LLC,

                Plaintiff,

    - against -

NEW GIRL ORDER LTD., et al.,

                Defendants.

21-cv-5889 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status report by **July 24, 2023.**

SO ORDERED.

Dated:    New York, New York
           July 10, 2023

                                        John G. Koeltl
                                    **United States District Judge**